# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2539

_____

Jon Reed Tollefson

*Plaintiff - Appellant*

v.

Debbie Kleven, individually and in her official capacity as a North Dakota State
District Judge and employee; Does 1-20, inclusive

*Defendants - Appellees*

DeAnn Marie Pladson; Ralph Erickson, Judge; Mary Maring, Surrogate Justice

*Movant*s

_____

Appeal from United States District Court
for the District of North Dakota - Fargo

_____

Submitted: December 3, 2014
Filed: December 8, 2014
[Unpublished]

_____

Before GRUENDER, BENTON, KELLY, Circuit Judges.

_____

PER CURIAM.

Jon Tollefson appeals the district court's[1] dismissal of his civil rights complaint. Upon careful review of the record and the parties' arguments on appeal, *see Olympus Ins. Co. v. AON Benfield, Inc.*, 711 F.3d 894, 897 (8th Cir. 2013) (de novo review of dismissal for failure to state claim), we conclude that the dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Tollefson's pending motion.

_____

[1]The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota, sitting by designation in the District of North Dakota.